246 So.2d 195

### Clinton HARRISON
v.
### FIRST NATIONAL FUNERAL HOMES, INC.
No. 51286.
April 7, 1971.

In re: Clinton Harrison applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 244 So.2d 102.

Not considered. Not timely filed.

246 So.2d 196

### E. C. BESS
v.
### TURNER THE PLUMBER, INC., et al.
No. 51291.
April 7, 1971.

In re: E. C. Bess applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 244 So.2d 708.

Application not considered. Not timely filed.

246 So.2d 196

### CHRYSLER CREDIT CORPORATION
v.
### Paul A. DENNIS.
No. 51292.

April 7, 1971.

In re: Chrysler Credit Corporation applying for writ of certiorari and review.

Application denied—the judgment is correct.

246 So.2d 196

### STATE of Louisiana ex rel. Andrew ALEXANDER
v.
### C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.
No. 51293.
April 7, 1971.

In re: Andrew Alexander applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Application denied. The ruling complained of on the evidentiary hearing is correct.